FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 7 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 0 0 2 6 3** ßηß

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

ROBERT A. KILGORE,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
ROBERT PACHECO,
SARA M. REVELL,
(FNU) DALY,
MICHAEL K. NALLEY,
HARLEY G. LAPPIN,
MICHAEL MUKASEY, and
D.J. HARMON,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___    is not submitted
(2)   ___    is missing affidavit
(3)   _X_    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___    is missing required financial information
(5)   ___    is missing an original signature by the prisoner
(6)   ___    is not on proper form (must use the court's current form)
(7)   ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___    An original and a copy have not been received by the court. Only an original has been received.
(9)   ___    other:_____.

**Complaint, Petition or Application:**
(10)   ___    is not submitted
(11)   ___    is not on proper form (must use the court's current form)
(12)   ___    is missing an original signature by the prisoner
(13)   ___    is missing page nos. ___
(14)   ___    uses et al. instead of listing all parties in caption
(15)   ___    An original and a copy have not been received by the court. Only an original has been received.
(16)   ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   ___    names in caption do not match names in text
(18)   ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order,** the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6ᵗʰ day of February ____, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '08 - CV - 0 0 2 6 3

Robert A. Kilgore
Reg. No. 88707-011
USP - Florence
PO Box 7000
Florence, CO 81226


      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on_____2-7-08_____

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk