# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00263-BNB

ROBERT A. KILGORE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
ROBERT PACHECO,
SARA M. REVELL,
(FNU) DALY,
MICHAEL K. NALLEY,
HARLEY G. LAPPIN,
MICHAEL MUKASEY, and
D. J. HARMON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff Robert A. Kilgore is in the custody of the United States Bureau of Prisons and currently is incarcerated at USP Florence in Florence, Colorado. Mr. Kilgore initiated this action by filing a *pro se* Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order entered on February 7, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Kilgore to submit a certified copy of his inmate trust fund account statement in support of the § 1915 Motion if he desired to pursue his claims. Mr. Kilgore was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On March 17, 2008, Plaintiff filed a Motion to Add Another Defendant. Plaintiff, nonetheless, has failed to submit a certified copy of his trust fund account statement in keeping with the Court's February 7, 2008, Order. As a result he has failed to cure the deficiency within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that Plaintiff's "Motion to Add Another Defendant to Civil Action 08-cv-00263-BNB," (Doc. No. 4), filed March 17, 2008, is denied as moot.

DATED at Denver, Colorado, this 27 day of _____ March _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   08-cv-00263-BNB

Robert A. Kilgore
Reg. No. 88707-011
USP - Florence
PO Box 7000
Florence, CO 81226


     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to the
above-named individuals on___3/28/8___

                                 GREGORY C. LANGHAM, CLERK


                             By:_____
                                   Deputy Clerk